JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., | Case No. CV 22-4888 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 3rd day of November, 2022.

/s/
Fernando M. Olguin
United States District Judge